NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PAUL R. AARON, JR.,                           )
                                              )
                Appellant,                    )
                                              )
v.                                            )        Case No. 2D17-3545
                                              )
STATE OF FLORIDA,                             )
                                              )
                Appellee.                     )
_____ )

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark F. Carpanini, Judge.

Paul R. Aaron, Jr., pro se.


PER CURIAM.


                Affirmed.


SILBERMAN, MORRIS, and BLACK, JJ., Concur.